| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:93CR03053-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Luis Roberto Marbot 5272 Snowville Brent Road Dora, AL 35062 | DISTRICT Florida Northern | DIVISION Pensacola |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Roger Vinson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/08/03 — TO 07/07/08 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Cocaine Base and Cocaine, in violation of 18 U.S.C. § 846
Possession of a Firearm During a Drug Trafficking Offense, in violation of 18 USC 924(c)&2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7/27/05_
Date

_Roger Vinson_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/11/05_
Effective Date

United States District Judge

05 AUG 22 PM 3:30

FILED